## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Miscellaneous No. 08-6 (DWF/AJB) |
| Petitioner, | |
| v. | **ORDER APPROVING AND ADOPTING MAGISTRATE JUDGE'S ORDER OF FEBRUARY 29, 2008** |
| Fortune Trade, Inc.; Master Piece Company; and Precision Enterprises, Inc., | |
| Respondents, | |
| Mark Bridges, | |
| Movant. | |

---

Daniel A. Applegate, Esq., U.S. Department of Justice, Tax Division, counsel for Petitioner.

Mark Bridges, *Pro Se*, Movant.

---

The Court has conducted a review of the Magistrate Judge's February 29, 2008 Order on Petition to Enforce IRS Summons and Striking Motions (Doc. No. 10). The Court will construe the Magistrate Judge's order as a Report and Recommendation. No objection to the Magistrate Judge's order has been filed by the respondents. Therefore,

**IT IS HEREBY ORDERED** that Magistrate Judge Arthur J. Boylan's February 29, 2008 Order on Petition to Enforce IRS Summons and Striking Motions (Doc. No. 10) is **APPROVED** and **ADOPTED** by the Court;

**IT IS FURTHER ORDERED** that the Respondents, Fortune Trade, Inc.; Master Piece Company; and Precision Enterprises, Inc., appear through their agents or officers before Special Agent Jason Ohlde or any other IRS officer or employee at a time and place to be determined by the IRS to produce for examination and copying the documents requested by the summonses issued by Special Agent Ohlde on September 13, 2007.

**ORDERED AND ADJUDGED**.

Dated:  June 11, 2008        s/Donovan W. Frank
                             DONOVAN W. FRANK
                             Judge of United States District Court